**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| DATAMOTION TEXAS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN HERITAGE LIFE INSURANCE COMPANY and AMERICAN HERITAGE INSURANCE GROUP, LLC, <br><br> Defendants. | Civil Action No. 2:15-cv-00890-JRG <br><br> **JURY TRIAL DEMANDED** |

## ORDER ON PLAINTIFF'S NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and Plaintiff's Notice of Dismissal, the Court **ORDERS** that Plaintiff's claims against Defendant American Heritage Insurance Group, LLC are dismissed without prejudice.

**So ORDERED and SIGNED this 30th day of June, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE