## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| DATAMOTION TEXAS, LLC, | § § | |
| Plaintiff, | § § | Civil Action No. 2:15-cv-00894-JRG |
| | § | **LEAD CASE** |
| v. | § § | |
| COMERICA BANK, COMERICA INCORPORATED, et al. | § § § | **JURY TRIAL DEMANDED** |
| AMERICAN HERITAGE LIFE INSURANCE COMPANY, ET AL. | § § § § | Civil Action No. 2:15-cv-00890-JRG **Consolidated Case** |
| Defendants. | § | |

## ADDITIONAL ATTACHMENTS TO MAIN DOCUMENT

## CERTIFICATE OF SERVICE

     I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

November 12, 2015                                */s/ Stephen F. Schlather*
                                                                    Stephen F. Schlather