

# Matrix Airfare Search

Help   Send Feedback

Choose your flights

Modify search   **Flights**   Itinerary



| | Spirit | American Airlines Inc. | United |
|---|---|---|---|
| All flights | | | |
| Nonstops | From **$59** | From $79 | From $109 |

One-way: Chicago to Dallas/Fort Worth, Fri, Dec 4                    ▶ Complete trips   ▶ Time bars

| PRICE ▼ | AIRLINE ▼ | | DEPART ▼ | ARRIVE ▼ | DURATION ▼ | FROM/TO ▼ | STOPS ▼ | ADVISORY ▼ |
|---|---|---|---|---|---|---|---|---|
| $109 | | American Airlines Inc. | 5:00 am | 7:37 am | 2h 37m | ORD to DFW | -- | |
| $109 | | United | 6:24 am | 9:00 am | 2h 36m | ORD to DFW | -- | |
| $109 | | American Airlines Inc. | 6:40 am | 9:22 am | 2h 42m | ORD to DFW | -- | |
| $109 | | American Airlines Inc. | 7:05 am | 9:49 am | 2h 44m | ORD to DFW | -- | |
| $137 | | American Airlines Inc. | 8:35 am | 11:15 am | 2h 40m | ORD to DFW | -- | |
| $137 | | United | 9:09 am | 11:45 am | 2h 36m | ORD to DFW | -- | |
| $109 | | Spirit | 9:15 am | 11:46 am | 2h 31m | ORD to DFW | -- | |

| Price | Airline | Depart | Arrive | Duration | Route | |
|---|---|---|---|---|---|---|
| $137 | American Airlines Inc. | 9:57 am | 12:34 pm | 2h 37m | ORD to DFW | -- |
| $181 | American Airlines Inc. | 10:26 am | 1:07 pm | 2h 41m | ORD to DFW | -- |
| $181 | American Airlines Inc. | 12:10 pm | 2:57 pm | 2h 47m | ORD to DFW | -- |
| $137 | United | 12:26 pm | 3:01 pm | 2h 35m | ORD to DFW | -- |
| $181 | American Airlines Inc. | 1:25 pm | 4:03 pm | 2h 38m | ORD to DFW | -- |
| $137 | American Airlines Inc. | 2:26 pm | 5:08 pm | 2h 42m | ORD to DFW | -- |
| $137 | American Airlines Inc. | 2:55 pm | 5:33 pm | 2h 38m | ORD to DFW | -- |
| $137 | United | 3:55 pm | 6:29 pm | 2h 34m | ORD to DFW | -- |
| $181 | American Airlines Inc. | 4:00 pm | 6:41 pm | 2h 41m | ORD to DFW | -- |
| $181 | American Airlines Inc. | 5:10 pm | 7:53 pm | 2h 43m | ORD to DFW | -- |
| $137 | United | 5:30 pm | 7:59 pm | 2h 29m | ORD to DFW | -- |
| $109 | American Airlines Inc. | 6:25 pm | 9:02 pm | 2h 37m | ORD to DFW | -- |
| $79 | American Airlines Inc. | 7:06 pm | 9:50 pm | 2h 44m | ORD to DFW | -- |
| $109 | United | 7:31 pm | 10:07 pm | 2h 36m | ORD to DFW | -- |

| | | | | | | |
|---|---|---|---|---|---|---|
| $59 | Spirit | 7:52 pm | 10:23 pm | 2h 31m | ORD to DFW | -- |
| $79 | American Airlines Inc. | 8:21 pm | 11:03 pm | 2h 42m | ORD to DFW | -- |
| $79 | American Airlines Inc. | 10:15 pm | 12:55 am Dec 5 | 2h 40m | ORD to DFW | -- |
| $137 | United | 10:25 pm | 12:56 am Dec 5 | 2h 31m | ORD to DFW | -- |

Legal notice: Search results provided are the property of ITA Software, Inc. and may be protected by trademark, copyright, patent and other laws. Any use of the search results is governed by our Terms of Use Policy and End–User License. © 1999–2014 ITA Software by Google.