Español 



FLIGHT | HOTEL | CAR    SPECIAL OFFERS    RAPID REWARDS®



# Select Departing Flight:
## Chicago (Midway), IL to Dallas (Love Field), TX



Case 2:15-cv-00890-JRG   Document 21-5   Filed 11/12/15   Page 2 of 3 PageID #:  442

| Depart | Arrive | Flight # | Routing | Travel Time | Business Select $395 - $404 | Anytime $373 - $382 | Wanna Get Away $79 - $259 |
|---|---|---|---|---|---|---|---|
| 10:25 AM | 3:00 PM | 126 / 32 | 1 stop Change Planes HOU | 4h 35m | $404 | $382 | $220 |
| 11:05 AM | 3:15 PM | 993 / 2828 | 1 stop Change Planes STL | 4h 10m | $404 | $382 | $220 |
| 1:15 PM | 3:35 PM | 2738 | Nonstop | 2h 20m | $395 | $373 | $109 |
| 2:35 PM | 4:55 PM | 1405 | Nonstop | 2h 20m | $395 | $373 | $79 |
| 2:40 PM | 7:10 PM | 347 / 476 | 1 stop Change Planes STL | 4h 30m | $404 | $382 | $220 |
| 3:30 PM | 7:30 PM | 3111 / 3214 | 1 stop Change Planes MCI | 4h 00m | $404 | $382 | $259 |
| 5:05 PM | 8:30 PM | 1585 | 1 stop No Plane Change | 3h 25m | $399 | $377 | $115 |
| 5:10 PM | 7:35 PM | 1403 | Nonstop | 2h 25m | $395 | $373 | $109 |
| 7:05 PM | 11:00 PM | 1153 / 1796 | 1 stop Change Planes BNA | 3h 55m | $404 | $382 | $165 |
| 8:35 PM | 11:00 PM | 1407 | Nonstop | 2h 25m | $395 | $373 | $109 |

**Price selected flight(s)**

**Continue**

**Important Fare & Schedule Information**

All fares and fare ranges are subject to change until purchased.

Flight ontime performance statistics can be viewed by clicking on the individual flight numbers.

All fares and fare ranges listed are per person for each way of travel.

"Unavailable" indicates the corresponding fare is unavailable for the selected travel date(s), the search did not meet certain fare requirements, or the flight has already departed.

"Sold Out" indicates that flight is sold out for the corresponding fare type.

"Invalid w/ Depart or Return Dates" indicates that our system cannot return a valid itinerary option(s) with the search criteria submitted. This can occur when flights are sold out in one direction of a roundtrip search or with a same-day roundtrip search. These itineraries may become valid options if you search with a different depart or return date and/or for a one way flight instead.

"Travel Time" represents the total elapsed time for your trip from your departure city to your final destination including stops, layovers, and time zone changes.

Along with our everyday low fares you may inquire about our discounts off the "Anytime" fare for infant, child (2-11), and military fares by calling 1-800-I-FLY-SWA (1-800-435-9792).

Group Reservations: Ten or more Customers traveling from/to the same origin/destination. Discounts vary. Call 1-800-433-5368.

*Savings based on Southwest Vacations Flight + Hotel package bookings of 5 or more nights on www.southwestvacations.com from June 1, 2015 through October 31, 2015, as compared to the price of the same components booked separately on southwest.com. Savings on any given package will vary based on the selected origin, destination, travel dates, number of passengers, hotel property, length of stay, car rental, and activity tickets. Savings may not be available on all packages.

© 2015 Southwest Airlines Co. All Rights Reserved. Use of the Southwest websites and our Company Information constitutes acceptance of our Terms and Conditions. Privacy Policy